CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUL 0 3 2008
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RANDAL MANLEY, | ) | |
| Petitioner, | ) | Civil Action No. 7:08-cv-00266 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GENE M. JOHNSON, | ) | By: Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is

**ADJUDGED and ORDERED**

that respondent's motion to dismiss shall be and hereby is **GRANTED**; Manley's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED**; all pending motions are hereby **DENIED** as moot; and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This 3rd day of July, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge

10